UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | | |
|---|---|---|
| DONALD ELLIOTT CROMWELL, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:11-CV-174-KKC |
| | ) | |
| V. | ) | |
| | ) | |
| D. BERKEBILE, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that the petition filed pursuant to 28 U.S.C. § 2241 by Donald Elliott Cromwell against D. Berkebile [R. 1] is **DENIED**, and Judgment is **ENTERED** in favor of the respondent.

Dated this 10th day of July, 2012.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**